**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IZAR KHAN,** | **Civil Action No. 26-0856 (SDW)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **LUIS SOTO, et al.,** | |
| **Respondents.** | |

This Court granted Petitioner Izar Khan's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) on February 19, 2026.  (ECF No. 6).  Respondents were ordered to provide Petitioner with an individualized bond hearing where "Respondents [would] bear the burden at the hearing of establishing by clear and convincing evidence that Petitioner's continued detention [was] necessary because he pose[d] a flight risk or danger to the community." (*Id.* (citing *German Santos v. Warden Pike Cnty. Corr. Facility*, 965 F.3d 203 (3d Cir. 2020)).

Respondents filed a letter on February 27, 2026 indicating that Petitioner had a bond hearing on February 26, 2026 at which the immigration judge concluded that Petitioner had not met his burden of establishing that he was not a flight risk.  (ECF No. 7).  Respondents acknowledged that this did not comply with this Court's order and stated that they had requested a new bond hearing.  (*Id.*)

Petitioner filed a motion to enforce the judgment ("Motion") on March 2, 2026.  (ECF No. 8).  On March 12, 2026, Respondents informed the Court that Petitioner had a new bond hearing at which he was ordered released on bond.  (ECF No. 11).  As Petitioner has now received the relief that was ordered by this Court, the Motion will be dismissed as moot.

**IT IS** on this __1st__ day of_____April_____, 2026

ORDERED that the motion to enforce this Court's judgment at ECF No. 8 is **DISMISSED**

**AS MOOT**.

Hon. Susan D. Wigenton,
United States District Judge